# Court of Appeals of
# the State of Georgia

ATLANTA,  November 08, 2016

*The Court of Appeals hereby passes the following order:*

## A17E0011. PENN v. PENNYMAC CORP, et al.

PennyMac Corp. has filed an "Emergency Motion to Dismiss Un-Docketed Appeal as Untimely and Frivolous." PennyMac seeks to invoke this Court's emergency jurisdiction over this matter in order to stop "delaying execution on a valid writ of possession" scheduled for November 15, 2016. Consideration of this matter on an emergency basis is not necessary to preserve our jurisdiction of the undocketed appeal or to prevent any contested issue from becoming moot. See Court of Appeals Rule 40 (b). Accordingly, the motion is hereby **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/08/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*